**FILED**

APR 2 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| Plaintiff, | ) | |
| | ) | **5 : 26 CR 0 0 1 9 5** |
| v. | ) | CASE NO. |
| | ) | Title 18, United States Code, |
| JOHN WILMINK, | ) | Sections 1704, 1708, 2114(a), |
| | ) | and 2 |
| Defendant. | ) | **JUDGE GAUGHAN** |

COUNT 1
(Robbery of Mail and Other Property of the United States, 18 U.S.C. §§ 2114(a) and 2)

The Grand Jury charges:

1.      On or about December 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOHN WILMINK did assault, and did aid and abet another in assaulting, T.M., a mail carrier, a person having lawful charge, custody, and control of United States mail matter and other property of the United States, with intent to rob, steal and purloin said mail matter and other property of the United States, in violation of Title 18, United States Code, Sections 2114(a) and 2.

COUNT 2
(Stealing Keys Adopted by the Post Office, 18 U.S.C. §§ 1704 and 2)

The Grand Jury further charges:

2.      On or about December 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOHN WILMINK knowingly and unlawfully possessed, and aided and abetted another in possessing, a key suited to any lock adopted by the Post Office Department or the Postal Service and in use on any of the mails and bags thereof, with the intent unlawfully and

improperly to use, sell, and otherwise dispose of that mail key, in violation of Title 18, United States Code, Sections 1704 and 2.

## COUNT 3
### (Theft of Mail, 18 U.S.C. §§ 1708 and 2)

The Grand Jury further charges:

3.      On or about December 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOHN WILMINK did steal and take, and did aid and abet another in stealing and taking, from T.M., a letter or mail carrier, a letter, package, bag, and mail, in violation of Title 18, United States Code, Sections 1708 and 2.

## COUNT 4
### (Possession of Stolen Mail, 18 U.S.C. § 1708)

The Grand Jury further charges:

4.      On or about December 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOHN WILMINK did unlawfully have in his possession, a letter, package, bag, and mail, which had been stolen and taken from T.M., a letter or mail carrier, knowing the same to have been stolen and taken from a letter or mail carrier, in violation of Title 18, United States Code, Section 1708.

## FORFEITURE

The Grand Jury further charges:

5.      The allegations of Counts 1, 3 and 4, are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).  As a result of the foregoing offenses, Defendant JOHN WILMINK, shall forfeit to the United States all property,

2

real and personal, which constitutes or is derived from proceeds traceable to the violations charged in Counts 1, 3 and 4.

A TRUE BILL

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.